# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

CARL PORTER                                                                PLAINTIFF

V.                                                          CAUSE NO.: 4:06CV7-SA-SAA

MARILYN HEMPHILL, ET AL.                                          DEFENDANTS

## ORDER ON MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendant

Lehman's Motion to Dismiss [90] is GRANTED.

SO ORDERED, this the  11th  day of August, 2009.


                                                    /s/ Sharion Aycock
                                                    U.S. DISTRICT JUDGE