IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARL PORTER                                                                                           PLAINTIFF

V.                                                                         CAUSE NO.: 4:06CV7-SA-SAA

MARILYN HEMPHILL, ET AL.                                                              DEFENDANTS

## ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)  the Defendant's Motion for Summary Judgment [105] is GRANTED;

(2)  the Plaintiff's claims are dismissed; and

(3)  this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the   26th   day of August, 2009.


                                                                  /s/ Sharion Aycock
                                                                  U.S. DISTRICT JUDGE